UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 13-cr-20260-2
Hon. Matthew F. Leitman

v.

KEITH LINDSAY YOUNG,

    Defendant.
_____/

## ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE (ECF No. 36)

IT IS HEREBY ORDERED that Defendant Keith Lindsay Young's Motion for Early Termination of Supervised Release is **GRANTED** for the reasons set forth in the motion.  Mr. Young shall be immediately discharged from supervised release.

    **IT IS SO ORDERED**.

                                        s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated:  October 3, 2022

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 3, 2022, by electronic means and/or ordinary mail.

                                        s/Holly A. Ryan
                                        Case Manager
                                        (313) 234-5126